JS 44  (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| David Goldberg EL | Benjamin Klock |

**(b)**  County of Residence of First Listed Plaintiff  ___Camden___
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  ___Philadelphia___
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*
David Goldberg EL, Pro Se - 386 Wallmart Dr., Ste. 7-109
Camden, DE, 19934  (310) 242-1171

Attorneys *(If Known)*
Rebecca Prosper

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. Sec. 1983

Brief description of cause:
Civil Rights Violation under 42 U.S.C. 1983

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE  5/10/16

SIGNATURE OF ATTORNEY OF RECORD  *Rebecca Prosper*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

**David Goldberg EL**
**386 Wallmart Dr. Ste 7-109**
**Camden, DE  19934**
           **Plaintiff**

      **V.**
**Benjamin Klock, Badge# 1671**
**Dist. # 14**
**43 W. Haines St.**
**Philadelphia, PA  19144**

           **Defendant**

**Civil Action**

**NO:** _____

Formerly

**Court of Common Pleas**
**Philadelphia County**
**Trial Division – Civil**
**April Term 2016**
**No. 001278**

### <u>NOTICE OF REMOVAL</u>

**To the Honorable Judges of the United States District Court for the Eastern District of Pennsylvania.**

Pursuant to 28 U.S.C. § 1441, defendant, Benjamin Klock (hereinafter "petitioners") through their counsel, Rebecca Prosper, Assistant City Solicitor, respectfully petition for the removal of this action to the United States District Court for the Eastern District of Pennsylvania. In support thereof, defendants state the following:

1.　In April 2016, plaintiff initiated this action by a Complaint in the Court of Common Pleas in Philadelphia, April 2016, No. 001278.  (Exhibit A - Complaint).

2.　On April 22, 2016, said Complaint was served on Petitioners at 1515 Arch Street, 14th Floor, Philadelphia, Pennsylvania.

3.　Plaintiff alleges that on February 19, 2016, he sustained damages when his civil rights were violated by the defendants. (Exhibit A ).

4.　This action may be removed to this Court pursuant to 28 U.S.C. § 1441 since Plaintiff's Complaint contains allegations of violations of the plaintiff's Federal Civil Rights and seeks relief under 42 U.S.C. § 1983. (Exhibit A)

**Wherefore,** petitioner, Benjamin Klock, respectfully request that the captioned Complaint be removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Armando Brigandi
Chief Deputy City Solicitor

**REBECCA PROSPER**
**Assistant City Solicitor**
**Attorney I.D. No. 320300**
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5443

Date: 5/10/16

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

David Goldberg EL
386 Wallmart Dr. Ste 7-109
Camden, DE  19934

**Plaintiff**

V.

Benjamin Klock, Badge# 1671
Dist. # 14
43 W. Haines St.
Philadelphia, PA  19144

**Defendant**

Civil Action

NO: _____

Formerly

**Court of Common Pleas**
**Philadelphia County**
**Trial Division – Civil**
**April Term 2016**
**No. 001278**

### NOTICE OF FILING OF REMOVAL

TO:   David Goldberg EL, Pro Se
        386 Wallmart Dr. Ste. 7-109
        Camden, DE   19934

PLEASE TAKE NOTICE THAT on 5/11/16, defendant, Benjamin Klock filed, in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania a verified Notice of Removal.

A copy of this Notice of Removal is attached hereto and is also being filed with the Clerk of the Court of Common Pleas of Philadelphia County, pursuant to Title 28, United States Code, Section 1446(e).

*Rebecca Prosper*

**REBECCA PROSPER**
**Assistant City Solicitor**
**Attorney I.D. No. 320300**
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
215-683-5443

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

David Goldberg EL
386 Wallmart Dr. Ste 7-109
Camden, DE  19934
           **Plaintiff**

    V.

Benjamin Klock, Badge# 1671
Dist. # 14
43 W. Haines St.
Philadelphia, PA  19144

        **Defendant**

**Civil Action**

NO: _____

Formerly

**Court of Common Pleas
Philadelphia County
Trial Division – Civil
April Term 2016
No. 001278**

## CERTIFICATE OF SERVICE

I, Rebecca Prosper, Assistant City Solicitor do hereby certify that a true and correct copy of the attached Notice of Removal has been served upon the following by First Class Mail, postpaid, on the date indicated below:

TO:   David Goldberg EL, Pro Se
      386 Wallmart Dr. Ste 7-109
      Camden, DE  19934

**Rebecca Prosper
Assistant City Solicitor**
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
215-683-5443

Date: 5/10/16

Exhibit "A"

Court of Common Pleas of Philadelphia County
Trial Division
# Civil Cover Sheet

APRIL 2016    001278

*For Prothonotary Use Only (Docket Number)*

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| David Goldberg El | Benjamin Dist #14 Klock Bridge # 1671 |
| **PLAINTIFF'S ADDRESS** 386 Wallmart Dr Ste 7-109 Camden DE 19934 | **DEFENDANT'S ADDRESS** 43W Haines St, Philadelphia, PA 19144 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal ☐ Writ of Summons   ☐ Transfer From Other Jurisdictions |

AMOUNT IN CONTROVERSY
☑ $50,000.00 or less
☐ More than $50,000.00

COURT PROGRAMS
☑ Arbitration
☐ Jury
☐ Non-Jury
☐ Other:

☐ Mass Tort
☐ Savings Action
☐ Petition

☐ Minor Court Appeal
☐ Statutory Appeals
☐ Commerce (Completion of Addendum Required)

☐ Settlement
☐ Minors
☐ W/D/Survival

FIRST JUDICIAL DISTRICT OF PA
2016 APR 15 PH 3:03

| CASE TYPE AND CODE (SEE INSTRUCTIONS) |
|---|
| 2B |

| STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS) |
|---|
| |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|
| Goldberg El Vs Klock-CMPLT  1604012780005 | Yes   No ☐ ☐ ☐ ☐ ☐ ☐ |

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS (SEE INSTRUCTIONS) |
|---|---|
| David Goldberg El | 386 Wallmart Dr Ste 7-109 Camden, DE 19934 |
| **PHONE NUMBER** 310 242 1171   **FAX NUMBER** | |
| **SUPREME COURT IDENTIFICATION NO.** | **E-MAIL ADDRESS** Goldberg.D@asi.com |
| **SIGNATURE** | **DATE** 4/12/16 |

01-101 (Rev. 6/08)

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA

David Goldberg El

vs.

Klock

**ATTEST** APRIL 2016

APR 13 2016

JUDICIAL RECORDS
J. MURPHY

001278

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

Philadelphia Bar Association
Lawyer Referral
and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

10-284

# IN THE CIRCUIT COURT OF THE STATE OF ___PA___
## IN AND FOR THE COUNTY OF _____Philadelphia_____

APRIL 2016

___David Goldberg EL___ )
your name        Plaintiff, )
)                             Civil No.
___KLOCK___ )
officer's name               )
Badge # ___1671___ )
)
_____Defendant. )

FALSE ARREST, KIDNAPING,
FALSE IMPRISONMENT,
ASSAULT, BATTERY, TRESPASS

001278

**JURY TRIAL DEMANDED**

COMPLAINT: Plaintiff competently swears and certifies of personal knowledge,

1. PARTIES: Defendant ("D.") purports to be a peace officer. Plaintiff ("P.") lives in America.

2. JURISDICTION: Jurisdiction is under Const. Art. VII (O), s.9.

3. FACTS AND VENUE: On or about ___02/19/2016___, the following events occurred in this county:

date of arrest

( x ) D. told P. there was a warrant for P's arrest.

( x ) P. asked to see warrant & affidavit. D. refused.

( x ) D. claimed no warrant, only "probable cause."
( x ) P. asked "specific articulable facts." D. refused.

( x ) Defendant restrained Plaintiff of his liberty by words and acts that Plaintiff feared to disregard.

( x ) P. asked D's business card & ID. D. refused.
( x ) D did not witness P commit felony or breach of peace.

( x ) D. arrested, handcuffed, and transported Plaintiff without Plaintiff's consent.

( x ) Defendant did not read Plaintiff his rights.

( x ) D. transported P. to _____jail_____
where P. was ( x ) fingerprinted ( x ) photographed.

( x ) Plaintiff was released after __15__ hours.

( ) P. was brought before a magistrate after __ hours.

This restraint of P's liberty caused other damages:
( ) bodily pain ( x ) inconvenience and discomfort
( x ) loss of time ( x ) mental suffering
( ) injury to reputation ( x ) distress and anguish
( x ) humiliation ( x ) shame ( ) public ridicule
( x ) invidious publicity ( x ) public disgrace
( ) other _____

4. CLAIMS: Assault, battery, trespass, kidnap, false arrest, false imprisonment, denial of due process.

5. RELIEF:  Plaintiff prays judgment in the sum of   ( x  ) $5,0000
( x ) $5,000,000    together with attorney fees, costs, disbursements, and such other relief as is just.

6. OPPOSITION TO MOTION TO DISMISS: Complaint states facts constituting a claim upon which relief can be granted [see page 2].  Malice need not be shown – this is not a "malicious prosecution" claim.

7. MOTION FOR SUMMARY JUDGMENT:  Plaintiff moves for summary judgment.  There are no material facts in dispute and Plaintiff is entitled to judgment as a matter of law.


DATED: _____ 03/13/2016 _____
                date signed

NATURA

"TAKEN--

your signature:FT FROM LEVI"

RESPOND
WITHIN 72 HOURS
ACCORDING TO
TRUTH AND LENDING
ACT REGULATION Z

## 1. Arrest is presumed to be false; officer has the burden of proof

The only thing the plaintiff needs to plead and to prove is either (1) that the defendant made an arrest or imprisonment, or (2) that the defendant affirmatively instigated, encouraged, incited, or caused the arrest or imprisonment. *Burlington v. Josephson*, 153 Fed.2d 372,276 (1946).

When the plaintiff has shown that he was arrested, imprisoned or restrained of his liberty by the defendant, "the law presumes it to be unlawful." *People v. McGrew*, 20 Pac. 92 (1888); *Knight v. Baker*, 133 P. 544(1926).

"The burden is upon the defendant to show that the arrest was by authority of law." *McAleer v. Good*, 65 Atl. 934, 935 (1907); *Mackie v. Ambassador*, 11 P.2d 6 (1932).

"Any arrest made without a warrant, if challenged by the defendant, is presumptively invalid...the burden is upon the state" to justify it as authorized by statute, and as not violative of constitutional provisions. *State v. Mastrian*, 171 N.W.2d 695 (1969); *Butler v. State*, 212 So.2d 577 (Miss 1968)

"As in the case of illegal arrests, the officer ... must keep within the law at his peril." *Thiede v. Scandia*, 217 Minn. 231, 14 N.W.2d 400 (1944).

## 2. Must show warrant upon request

"He must show it to the accused, if requested to do so." *Smith v. State*, 208 S.2d 747 (Miss., 1968).

"If demanded, he must produce the warrant and read it to the accused, that he may know by what authority and for what cause he is deprived of his liberty." *State v. Shaw*, 89 S.E. 322 (1916).

"An accused person, if he demands it, is entitled to have the warrant for his arrest shown to him at the time of arrest." 42 L.R.A. 682, 51 L.R.A. 211, *Crosswhite v. Barnes*, 124 S.E. 242, 245 (1924).

"A special deputy is bound to show his warrant if requested to do so, and if he omit, the party against whom the warrant is may resist an arrest, and the warrant under such circumstances is no protection against an action for an assault, battery and false imprisonment." *Frost v. Thomas*, 24 Wendell's Rep. (N.Y.) 418, 419 (1840).

"It is doubtless the duty of an officer who executes a warrant of arrest to state the nature

and substance of the process which gives him the authority he professes to exercise, and, if it is demanded, to exhibit his warrant, that the party arrested may have no excuse for resistance." *Shovlon v. Com.*, 106 Pa. 369, 5 Am. Crim. Rep. 41 (1884)

"It was the duty of an officer who attempts to make an arrest to exhibit the warrant if he has one." *Jones v. State*, 114 Ga. 79, 39 S.E. 861 (1901)

## 3. Warrant must be valid

A constable justifying an imprisonment under a warrant must show that the warrant on its face is legal, and that the magistrate had jurisdiction of the subject-matter. 51 L.R.A. 197, *Poulk v. Slocum*, 3 Blackfords (Ind). 421.

A warrant is regarded as insufficient and thus void if, on its face, it fails to state facts sufficient to constitute a crime. *Wharton's Crim. Proc.*, 12th Ed., vol. 1, p. 152 (1974).

## 4. No rubber-stamp "signature"

"The United States Supreme Court ... stressed the need for 'individualized review' to avoid the issuance of 'rubber stamp' warrants." *State v. Paulick*, 277 Minn. 140, 151 N.W.2d 596 (1967).

## 5. False arrest is assault and battery

"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right, and only the same right, to use force in defending himself as he would have in repelling any other assault and battery." *State v. Robinson*, 72 Atl.2d 262 (1950).

"An arrest without warrant is a trespass, an unlawful assault upon the person ... where one is about to be unlawfully deprived of his liberty he may resist the aggressions of the offender, whether of a private citizen or a public officer, to the extent of taking the life of the assailant, if that be necessary to preserve his own life, or prevent infliction upon him of some great bodily harm." *State v. Gum*, 69 S.E. 464 (1910).

Every person has the right to resist an unlawful arrest ... and, in preventing such illegal restraint of his liberty, he may use such force as may be necessary." *Columbus v. Holmes*, 152 N.E.2d 306 (1958).

## 6. No handcuffs (sorry, OSHA)

"But a constable cannot justify handcuffing a prisoner unless he has attempted to escape, or

unless it be necessary in order to prevent his doing so." 51 L.R.A. 216.

"The handcuffing was utterly unlawful." *Osborn v. Veitch* 1 Foster & Fin Eng Rep 317.

## 7. Go immediately to magistrate (no photographs, no fingerprinting)

The one arresting has "a duty to immediately seek a magistrate," and failure to do so "makes a case of false imprisonment." *Heath v. Boyd*, 175 S.W.2d. 217 (1943); *Brock v. Stimson*, 108 Mass. 520 (1871).

"To detain the person arrested in custody for any purpose other than that of taking him before a magistrate is illegal." *Kominsky v. Durand*, 12 Atl.2d. 654 (1940).

"Any undue delay is unlawful and wrongful, and renders the officer himself and all persons aiding and abetting therein wrongdoers from the beginning." *Ulvestad v. Dolphin*, 278 Pac. 684 (1929).

"The taking of the plaintiff's picture before conviction was an illegal act." *Hawkins v. Kuhne*, 137 NY Supp 1090, 153 App Div 216 (1912).

"The power to arrest does not confer upon the arresting officer the power to detain a prisoner for other purposes." *Geldon v. Finnegan*, 252 N.W. 372 (1934).

"Compulsory fingerprinting before conviction is an unlawful encroachment...[and] involves prohibited compulsory self-incrimination." *People v. Helvern*, 215 N.Y. Supp. 417 (1926).

## Summary

A warrant must be issued and signed (no rubber stamp) by a judge who has jurisdiction. It must state the facts showing jurisdiction. It must be based upon probable cause. It must name the offense committed. It must contain an affidavit (under oath) by the accuser, stating facts constituting a crime. It must name the person to be arrested, or describe him sufficiently to identify him. You must show me the warrant and the affidavit upon request.
No handcuffs.
You must take me immediately before a magistrate, and hold me for no other purpose (no photographs, no fingerprinting). You are responsible for everything that happens to me even if you relinquish custody. Unlawful arrest is assault, battery & trespass. There is no immunity in a false arrest case. Good faith is not a defense.

This information is free provided you give credit.

## VERIFICATION

I, _David Golding El_ , Plaintiff/Defendant, verify that the facts set forth in
the foregoing are true and correct to the best of my information, knowledge and belief.

I understand that the statements contained herein are subject to the Penalties of 18 Pa.C.S.A., Section
4904 relating to unsworn falsification to authorities.

_David Golding El_
(Print Name)

(Signature)

Date:_____

# PETITION TO PROCEED IN FORMA PAUPERIS

## PHILADELPHIA COURT OF COMMON PLEAS
## PETITION/MOTION COVER SHEET

| FOR COURT USE ONLY | |
|---|---|
| ASSIGNED TO JUDGE: | ANSWER/RESPONSE DATE: |

Do not send Judge courtesy copy of Petition/Motion/Answer/Response.
Status may be obtained online at http://courts.phila.gov

CONTROL NUMBER:
**045125**

(RESPONDING PARTIES MUST INCLUDE THIS NUMBER ON ALL FILINGS)

DAVID Goldberg EL

VS.

Officer Klock BADGE # iL7I

APRIL 2016          Term, _____ Year

No. _____  0062772

Name of Filing Party: _____

**INDICATE NATURE OF DOCUMENT FILED:**
- [ ] Petition (Attach Rule to Show Cause)
- [ ] Answer to Petition
- [ ] Motion
- [ ] Response to Motion

(Check one) [ ] Plaintiff  [ ] Defendant
(Check one) [ ] Movant  [ ] Respondent
Has another petition/motion been docketed in this case? Yes [ ] No [ ]
Is another petition/motion pending? Yes [ ] No [ ]
If the answer to either question is yes, you must identify the judge(s):

**TYPE OF PETITION/MOTION** (see list on reverse side)

## PETITION TO PROCEED IN FORMA PAUPERIS

ANSWER/RESPONSE FILED TO (Please insert the title of the corresponding petition/motion to which you are responding):

PETITION/MOTION CODE (see list on reverse side)
**MTIFP**

**I. CASE PROGRAM**

Is this case in the (answer all questions):

**A. COMMERCE PROGRAM**
Name of Judicial Team Leader: _____
Applicable Petition/Motion Deadline: _____
Has deadline been previously extended by the Court?
Yes [ ] No [ ]

**B. DAY FORWARD/MAJOR JURY PROGRAM** — Year _____
Name of Judicial Team Leader: _____
Applicable Petition/Motion Deadline: _____
Has deadline been previously extended by the Court?
Yes [ ] No [ ]

**C. NON JURY PROGRAM**
Date Listed: _____

**D. ARBITRATION PROGRAM**
Arbitration Date: _____

**E. ARBITRATION APPE**
Date Listed: _____

**F. OTHER PROGRAM:**
Date Listed: _____

**II. PARTIES** (required for proof of service)
(Name, address and telephone number of all counsel of record and unrepresented parties. Attach a stamped addressed envelope for each attorney of record and unrepresented party.)

DAVID Goldberg EL
386 wallmart DR STE 7-109
CAMDEN, DE 19934

Officer Klock
45 w Haines St.
Philadelphia, PA 19144

Goldberg El Vs Klock-MTIFP

16040127800007

**III. OTHER**

By filing this document and signing below, the moving party certifies that this motion, petition, answer or response along with all documents filed, will be served upon all counsel and unrepresented parties as required by rules of Court (see PA. R.C.P. 206.6, Note to 208.2(a), and 440). Furthermore, moving party verifies that the answers made herein are true and correct and understands that sanctions may be imposed for inaccurate or incomplete answers.

_____ (Attorney Signature/Unrepresented Party)

4/12/16 (Date)

DAVID Goldberg EL (Print Name)

_____ (Attorney I.D. No.)

The Petition, Motion and Answer or Response, if any, will be forwarded to the Court after the Answer/Response Date. No extension of the Answer/Response Date will be granted even if the parties so stipulate.

JO-106LA (Rec 8/2015)



### First Judicial District of Pennsylvania
### Court of Common Pleas of Philadelphia County
### Trial Division – Civil

GOLDBERG

_____

Plaintiff(s)

VS.

KLOCK

_____

Defendant(s)

APRIL _____ Term, 20 16
(month)         (year)

NO. 1278

Control No. 16045125

## _In Forma Pauperis Order_

AND NOW, this _____ day of _____, 20 _____, it is hereby ORDERED AND DECREED that:

1.  Petitioner be permitted to proceed without paying the costs of this proceeding or posting a bond.

2.  Petitioner be permitted to obtain service of the papers filed without cost.

3.  Petitioner be permitted to proceed in forma pauperis as to any additional costs which accrue in the course of this proceeding.

4.  If there is a monetary recovery by judgment or settlement in favor of the party permitted to proceed in forma pauperis, the exonerated fees and costs shall be taxed as costs and paid to the Office of Judicial Records by the party paying the monetary recovery.

5.  Petitioner has a continuing obligation to inform the Court of any improvement in party's financial circumstances that will enable the party to pay costs.

6.  Filing party must obtain attested copies of the original pleading for service. If more than thirty (30) days has expired, the pleading must be reinstated first.

BY THE COURT:

_____
                                                    J.

**First Judicial District of Pennsylvania**
**Court of Common Pleas of Philadelphia County**
**Trial Division – Civil**

DAVID Goldberg EL , pro se
(your name)

045125

386 WALLMART DR Ste 7-109
CAMDEN, DE 19934
(full address)

3 02 242 1171
(area code and telephone number)

---

DAVID Goldberg EL

Plaintiff(s)

APR APRIL 2016, TERM, 20 16
(month)                    (year)

VS.

Offcer KLOCK
BADGE # 1671
Defendant(s)

NO. 001273

## Petition to Proceed In Forma Pauperis and Without Payment of Bond

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

Petitioner, (Please Print Your Name) David Goldbury EL , seeks leave to proceed in this matter in forma pauperis, and respectfully represents that:

1. I am the (indicate plaintiff or defendant) Plantiff in these proceedings.

2. I reside at (state your full address) 386 Wallmart DR ste 7-109
CAMDEN, DE

3. I have listed my sources and amounts of income truly and correctly on the attached affidavit.

Page 1 of 8

4.  I have the following average monthly expenses for the indicated items:

Housing: _____  

Utilities: _____  

(Gas): _____  

(Oil): _____  

(Electric): _____  

(Phone): _____  

Food: _____  

Clothing: _____  

Insurance: _____  

Transportation: _____  

Medical: _____  

Loans: _____  

Laundry: _____  

Child Care: _____  

Child Support: _____  

5.  I neither own nor have equity in any assets other than the following (state values in dollars): _____

6.  I am unable to pay the costs of these proceedings or to obtain the amount of costs from family or friends.

    WHEREFORE, Petitioner prays that he/she be permitted to proceed in this matter in forma pauperis and without the payment of bond.

Date: 4/12/16

David Goldh__ EC
Petitioner                 (Print your name)

Petitioner                 (Sign your name)

**First Judicial District of Pennsylvania**
**Court of Common Pleas of Philadelphia County**
**Trial Division – Civil**

DAVID GOLDEYE , pro se
(your name)

386 WALLMART DR STE 7-109
CAMDEN DE
(full address)

310 242 1171
(area code and telephone number)

| | | |
|---|---|---|
| DAVID Goldengel | : | **APRIL 2016** |
| | : | , TERM, 20 |
| Plaintiff(s) | : | (month)          (year) |
| VS. | : | |
| KLock | : | NO. 001273 |
| BADGE# 1671 | : | |
| Defendant(s) | : | |

**_Petitioner's Affidavit_**
**_Pursuant to PA. R.C.P. 240_**

COMMONWEALTH OF PENNSYLVANIA         :

COUNTY OF PHILADELPHIA         :   SS.
         :

1.  I, DAVID Goldeyg EL , am the (Plaintiff) (Defendant) in the above matter and because of my financial condition am unable to pay the fees and costs of prosecuting or defending the action or proceeding.

2.  I am unable to obtain funds from anyone, including my family and associates, to pay the costs of litigation.

3.  I represent that the information below relating to my ability to pay the fees and costs is true and correct:

   a.  Name:    DAVID Goldeyg EL
       Address:   386 WALLMART DR CAMDEN DE 19934

b. **EMPLOYMENT**

*If you are presently employed, state:*

Employer: _____N/A_____

Address: _____N/A_____

Salary/wages
Per Month: _____Ø_____

Type of Work: _____Ø_____

*If you are presently unemployed, state:*

Date of last Employment: _____unknown_____

Salary/Wages
Per Month: _____Ø_____

Type of Work _____Ø_____

c. **OTHER INCOME WITHIN THE PAST TWELVE (12) MONTHS** *(state as dollar amounts)*

Business or Profession: _____Ø_____

Other Self-employment: _____Ø_____

Interest: _____Ø_____

Dividends: _____Ø_____

Pension and Annuities: _____Ø_____

Social Security Benefits: _____Ø_____

Support Payments: _____Ø_____

Disability Payments: _____Ø_____

Unemployment Compensation &
Supplemental Benefits: _____Ø_____

Workman's Compensation: _____Ø_____

Public Assistance: _____Ø_____

Other: _____

d. **OTHER CONTRIBUTIONS TO HOUSEHOLD SUPPORT** *(state as dollar amounts)*

(Wife) (Husband) (Friend) Name: _____NA Ø_____

*If your (wife) (husband) (friend) is employed, state:*

Employer: _____NA Ø_____

Salary/Wages
Per Month: ⌀

Type of Work: ⌀

Contributions
From Children: ⌀

Contributions
From Parents: ⌀

Other Contributions: ⌀

e. **PROPERTY OWNED** (state as dollar amounts)

Cash: ⌀

Checking Account: ⌀

Savings Account: ⌀

Certificates of Deposit: ⌀

Real Estate
(Including Home): ⌀

Motor Vehicle: Make: ⌀                     Year: 

Cost: $ ⌀                     Amount Owed: $ 

Stocks & Bonds: ⌀

Other: ⌀

f. **DEBTS AND OBLIGATIONS** (state as dollar amounts)

Mortgage: ⌀

Rent: ⌀

Loans: ⌀

Other: ⌀

g. **PERSONS DEPENDENT UPON YOU FOR SUPPORT**

(Wife) (Husband) Name:

Children, if any: N/A                     Age

Age

Age

Age

Page 5 of 8

Other Persons: N/A

Name:_____

Relationship:_____

4.  I understand that I have a continuing obligation to inform the Court of improvement in my financial circumstances which would permit me to pay the costs incurred herein.

5.  I verify that the statements made in this affidavit are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. §4904, relating to unsworn falsification to authorities.

Date: 4/12/16

DAVID Golberg EL
Petitioner                          (Print your name)

Petitioner                          (Sign your name)

## *VERIFICATION*

I, _DAVID Coldh El_, verify that the statements made in the foregoing Petition to Proceed *In Forma*
 (Print Name)

*Pauperis* are true and correct to the best of my knowledge, information and belief. I understand that the

statements made in this Petition to Proceed *In Forma Pauperis* are subject to the penalties of 18 Pa. C.S.A.

§4904 related to unsworn falsification to authorities.

Date: _4/16/16_

BY: _DAVID Coldhy El_.
 Petitioner          (Print your name)

_____
 Petitioner          (Sign your name)

Page 7 of 8

## Certificate of Service

I hereby certify that I have served a copy of this petition upon all other parties or their attorney of record by:

Please check:

☐ Regular First Class Mail

☐ Certified Mail

☑ Other: __IN PERSON__

__4/17/16__
Date

_DAIN  G ldbny EL_
Petitioner                 (Print your name)

Petitioner                 (Sign your name)

Page 8 of 8

# Instructions For Completing Petition To Proceed In Forma Pauperis

1. All blanks and all questions MUST be filled in or answered. Dollar amounts MUST be clearly stated where requested.

2. Service of a copy of this petition MUST be made on the opposing party or opposing party's attorney.

3. Your petition may be dismissed or denied for failure to properly complete all information.

4. If your petition is dismissed or denied, no further action may be taken without leave of court until the fees are paid. Ten (10) days after notice of the dismissal or denial the Office of Judicial Records may enter a judgment of non pros in the action or strike the appeal if the fee remains unpaid.

## Definition of Terms:

Affidavit: A voluntary declaration of facts written down and sworn to by the declarant.

Defendant: A person who is sued in a civil or criminal proceeding.

In Forma Pauperis: [Latin "in the manner of a pauper"] To proceed in the manner of an indigent who is permitted to disregard filing fees and court costs.

Petitioner: A party who presents a petition to a court or other official body.

Plaintiff: The party who brings a civil suit in a court of law against another person or entity.

IFP Petition – (Rev. 10/2015)

14TH POLICE DISTRICT       43 W. HAINES ST, PHILADELPHIA PA 19144



| | |
|---|---|
| Date: | 4-14-16 |
| Number of pages including cover sheet: | 33 |

# FAX COVER

**To:** Craig Straw

**Phone:**

**Fax phone:**

**CC:**

**From:** Sgt Mellett

**14TH POLICE DISTRICT**

43 W. HAINES ST

PHILADELPHIA, PA 19144

**Phone:** (215)-686-3140

**Fax phone:** (215)-685-2199

**REMARKS:** ☐ Urgent   ☐ For your review   ☐ Reply ASAP   ☐ Please comment

14 FORM 0077 14TH DISTRICT FAX COVER SHEET

3-21-00

PHILADELPHIA POLICE DEPARTMENT



**The Philadelphia Courts**
# Civil Docket Access

🛒 No Items in Cart | LOGIN

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 160401278 |
| **Case Caption:** | GOLDBERG EL VS KLOCK |
| **Filing Date:** | Wednesday, April 13th, 2016 |
| **Court:** | MAJOR JURY-EXPEDITED |
| **Location:** | City Hall |
| **Jury:** | JURY |
| **Case Type:** | ASSAULT, BATTERY |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PLAINTIFF | GOLDBERG EL, DAVID |
| **Address:** 386 WALLMART DR STE 7-109 CAMDEN DE 19934 (310)242-1171 | | **Aliases:** *none* | | |
| | | | | |
| 2 | | | DEFENDANT | KLOCK BADGE #1671, OFFICER |
| **Address:** 43 W HAINES ST PHILADELPHIA PA 19144 | | **Aliases:** *none* | | |

| 3 | | | JUDGE | JUDGE, SUPERVISING |
|---|---|---|---|---|
| **Address:** | 656 CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | *none* | |

| 4 | | | TEAM LEADER | NEW, ARNOLD L |
|---|---|---|---|---|
| **Address:** | 606 CITY HALL PHILADELPHIA PA 19107 (215)686-7260 | **Aliases:** | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 13-APR-2016 03:00 PM | ACTIVE CASE | | | 13-APR-2016 03:00 PM |
| **Docket Entry:** | *none.* | | | |
| 13-APR-2016 03:03 PM | COMMENCEMENT CIVIL ACTION JURY | GOLDBERG EL, DAVID | | 13-APR-2016 12:00 AM |
| **Docket Entry:** | *none.* | | | |
| 13-APR-2016 03:03 PM | WAITING TO LIST CASE MGMT CONF | | | 13-APR-2016 12:00 AM |
| **Docket Entry:** | *none.* | | | |
| 13-APR-2016 03:03 PM | SHERIFF'S SURCHARGE 1 DEFT | | | 13-APR-2016 12:00 AM |
| **Docket Entry:** | *none.* | | | |

| 13-APR-2016 03:03 PM | COMPLAINT FILED NOTICE GIVEN | GOLDBERG EL, DAVID | $50,001.00 | 13-APR-2016 12:00 AM |
|---|---|---|---|---|
| **Documents:** | ⚲ Click link(s) to preview/purchase the documents CMPLT_5.pdf | 🛒 **Click HERE to purchase all documents related to this one docket entry** | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |
| | | | | |
| 13-APR-2016 03:03 PM | JURY TRIAL PERFECTED | GOLDBERG EL, DAVID | | 13-APR-2016 12:00 AM |
| **Docket Entry:** | PRAECIPE TO PERFECT A JURY TRIAL FILED. | | | |
| | | | | |
| 13-APR-2016 03:22 PM | MOT-PROCEED IN FORMA PAUPERIS | GOLDBERG EL, DAVID | | 13-APR-2016 12:00 AM |
| **Documents:** | ⚲ Click link(s) to preview/purchase the documents MTIFP_7.pdf | 🛒 **Click HERE to purchase all documents related to this one docket entry** | | |
| **Docket Entry:** | 25-16045125 MOTION TO PROCEED IN FORMA PAUPERIS FILED. | | | |
| | | | | |
| 13-APR-2016 04:11 PM | MOTION ASSIGNED | | | 13-APR-2016 04:11 PM |
| **Docket Entry:** | 25-16045125 MOT-PROCEED IN FORMA PAUPERIS ASSIGNED TO JUDGE: JUDGE, SUPERVISING . ON DATE: APRIL 13, 2016 | | | |
| | | | | |
| 18-APR-2016 02:03 PM | AFFIDAVIT OF SERVICE FILED | GOLDBERG EL, DAVID | | 18-APR-2016 12:00 AM |
| **Documents:** | ⚲ Click link(s) to preview/purchase the documents AFDVT_9.pdf | 🛒 **Click HERE to purchase all documents related to this one docket entry** | | |
| **Docket Entry:** | I SHERRI GOLDBERG SERVED A COPY OF THE COMPLAINT TO OFFR KLOCK BADGE 1671 BY HANDLING A COPY TO SGT MELLEH BADGE 276 | | | |
| | | | | |
| 18-APR-2016 04:34 PM | ORDER ENTERED/236 NOTICE GIVEN | FOX, IDEE C | | 18-APR-2016 04:34 PM |

| Documents: | ⚓ Click link(s) to preview/purchase the documents  ORDER_10.pdf | 🛒 **Click HERE to purchase all documents**  **related to this one docket entry** |
|---|---|---|
| **Docket Entry:** | 25-16045125 IT IS ORDERED THAT: 1. PETITIONER BE PERMITTED TO PROCEED WITHOUT PAYING THE COSTS OF THIS PROCEEDING OR POSTING BOND. 2. PETITIONER BE PERMITTED TO OBTAIN SERVICE OF THE PAPERS FILED WITHOUT COSTS. 3. PETITIONER BE PERMITTED TO PROCEED IN FORMA PAUPERIS AS TO ANY ADDITIONAL COSTS WHICH ACCRUE IN THE COURSE OF THIS PROCEEDING. 4. IF THERE IS A MONETARY RECOVERY BY JUDGMENT OR SETTLEMENT IN FAVOR OF THE PARTY PERMITTED TO PROCEED IN FORMA PAUPERIS, THE EXONERATED FEES AND COSTS SHALL BE TAXED AS COSTS AND PAID TO THE OFFICE OF JUDICIAL RECORDS BY THE PARTY PAYING THE MONETARY RECOVERY. 5. PETITIONER HAS A CONTINUING OBLIGATION TO INFORM THE COURT OF ANY IMPROVEMENT IN PARTY'S FINANCIAL CIRCUMSTANCES THAT WILL ENABLE THE PARTY TO PAY COSTS. 6. FILING PARTY MUST OBTAIN ATTESTED COPIES OF THE ORIGINAL PLEADING FOR SERVICE. IF MORE THAN THIRTY (30) DAYS HAS EXPIRED, THE PLEADING MUST BE REINSTATED FIRST. ...BY THE COURT; FOX, J. 4-15-16 | |

| 18-APR-2016 04:34 PM | NOTICE GIVEN UNDER RULE 236 | | | 19-APR-2016 05:38 PM |
|---|---|---|---|---|
| **Docket Entry:** | NOTICE GIVEN ON 19-APR-2016 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 18-APR-2016. | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

Search Home    Return to Results

4/22/2016 12:47 PM



# First Judicial District of Pennsylvania
# Court Summary

| | | |
|---|---|---|
| **Goldberg, David** | DOB: 12/17/1972 | Sex: Male |
| Smyrna, DE 19977 | | Eyes: Brown |
| Aliases: | | Hair: Black |
| David D. Goldberg | | Race: Unknown/Unreported |
| David Desoloman Goldberg | | |
| Davo Goldberg | | |

### Active
#### Philadelphia

**MC-51-CR-0003838-2016**   Proc Status: Awaiting Trial   DC No: 1614010302   OTN:N9963741

Arrest Dt: 02/09/2016   Trial Dt:   Legacy No:

Def Atty: Defender Association of Philadelphia - (PD)

Last Action: Trial   Last Action Date: 04/15/2016   Last Action Room: 506
Next Action: Trial   Next Action Date: 05/23/2016   Next Action Room: 506

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 35 § 780-113 | | Int Poss Contr Subst By Per Not Reg | |
| 2 | 35 § 780-113 | | Poss Of Marijuana | |
| 3 | 75 § 3802 | | DUI: Gen Imp/Inc of Driving Safely - 1st Off | |
| 4 | 75 § 1543 | | Driv While Oper Priv Susp Or Revoked | |

### Closed
#### Bucks

**CP-09-MD-2106296-1998**   Proc Status: Migrated Case (Active)   DC No:   OTN:

Arrest Dt:   Disp Date:   Disp Judge:

#### Montgomery

**CP-46-CR-0006296-1995**   Proc Status: Migrated Final Disposition   DC No:   OTN:E5165941

Arrest Dt: 09/29/1995   Disp Date: 07/29/1997   Disp Judge: Migrated, Judge

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length |
| 1 | 18 § 3922 §§ A1 | M1 | Theft By Decep-False Impression | Nolle Prossed |
| 2 | 18 § 3925 §§ A | M1 | Receiving Stolen Property | Guilty Plea |
| | 07/29/1997 | Confinement | | Max: 3 Year(s) |
| | 07/29/1997 | Probation | | Max: 3 Year(s) |
| 3 | 18 § 4101 §§ A2 | F2 | Forgery-Unauthorized Act In Writing | Nolle Prossed |
| 4 | 18 § 4101 §§ A3 | F2 | Forgery-Utters Forged Writing | Nolle Prossed |
| 5 | 18 § 4105 §§ A1 | M2 | Bad Checks | Nolle Prossed |

**CP-46-MD-0000878-2015**   Proc Status: Completed   DC No:   OTN:

Arrest Dt:   Disp Date: 09/25/2014   Disp Judge: Zaffarano, Patricia A.

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 75 § 1371 §§ A | S | Veh Reg Suspended | Guilty |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.



# First Judicial District of Pennsylvania
## Court Summary

**Goldberg, David (Continued)**
  **Closed (Continued)**
    **Montgomery (Continued)**

| | | | |
|---|---|---|---|
| **CP-46-SA-0000443-2015** | Proc Status: Completed | DC No: | OTN: |
| Arrest Dt: | Disp Date: 07/16/2015 | Disp Judge: Corso, S. Gerald | |

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 75 § 1371 §§ A | S | Veh Reg Suspended | Withdrawn |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.

## UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA – DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:  _386 Wallmart Dr. Ste 7-109, Camden, DE  19934_

Address of Defendant:  _Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA 19102_

Place of Accident, Incident or Transaction:  _Philadelphia, PA_
_(Use Reverse Side For Additional Space)_

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)).        Yes ☐        No ☒

Does this case involve multidistrict litigation possibilities?        Yes ☐        No ☒
_RELATED CASE IF ANY_:

Case Number: _____ Judge _____        Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
                                                                                                     Yes ☐        No ☒

2.  Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?        Yes ☐        No ☒

3.  Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?        Yes ☐        No ☒

CIVIL: (Place   in ONE CATEGORY ONLY)

A. _Federal Question Cases:_                                          B. _Diversity Jurisdiction Cases:_

1.  ☐  Indemnity Contract, Marine Contract, and All        Other Contracts      1. ☐  Insurance Contract and Other Contracts
2.  ☐  FELA                                                                          2. ☐  Airplane Personal Injury
3.  ☐  Jones Act – Personal Injury                                                   3. ☐  Assault, Defamation
4.  ☐  Antitrust                                                                      4. ☐  Marine Personal Injury
5.  ☐  Patent                                                                         5. ☐  Motor Vehicle personal Injury
6.  ☐  Labor-Management Relations                                                     6. ☐  Other Personal Injury (Please specify)
7.  ☒  Civil Rights                                                                   7. ☐  Products Liability
8.  ☐  Habeas Corpus                                                                  8. ☐  Products liability - Asbestos
9.  ☐  Securities Act(s) Cases                                                            9. ☐  All other Diversity Cases
10. ☐  Social Security Review Cases                                                   (Please specify)
11. ☐  All Other Federal Questions Cases (Please specify)

## ARBITRATION CERTIFICATION
_(Check appropriate Category)_

I, _____ Rebecca Prosper_____ , counsel of record do hereby certify:

☑  Pursuant to Local Rule 53.3 A, civil rights cases are excluded from arbitration.

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _____5/11/2016_____        _____Rebecca Prosper_____        _____320300_____
                                            Attorney-at-Law                                 Attorney I.D. #

**NOTE**: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____5/11/2016_____        _____Rebecca Prosper_____        _____320300_____
                                            **Rebecca Prosper, Esquire**              Attorney I.D. #
                                            Attorney-at-Law

CIV. 609 (4/03)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

David Goldberg EL                                    **Civil Action**

    v.

**Benjamin Klock, Badge# 1671**                      **No.**

### CASE MANAGEMENT TRACK DESIGNATION FORM

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus -- Cases brought under 28 U.S.C. §2241through § 2255.                                    ( )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                                    ( )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos -- Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                    ( )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court.  (See reverse side of this form for a detailed explanation of special
    management cases.)                                    ( )

(f) Standard Management -- Cases that do not fall into any one of the other tracks.    ( **X** )

| 5/11/2016 | **Rebecca Prosper, Esquire** | Benjamin Klock |
|---|---|---|
| Date | Attorney-at-law | Attorney for |
| **(215) 683-5443** | **(215) 683-5397** | **rebecca.prosper@phila.gov** |
| Telephone | FAX Number | E-mail Address |

(Civ. 660) 10/02